IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAMUEL BUOSCIO,

    Petitioner,

vs.                          Civil Action 2:12-cv-915
                             Judge Sargus
WARDEN, NORTH CENTRAL     Magistrate Judge King
CORRECTIONAL COMPLEX,

    Respondent.

### ORDER

On October 11, 2012, the United States Magistrate Judge recommended that this habeas corpus action be dismissed, reasoning that the petition, which challenges a state court determination that petitioner is a vexatious litigator, does not challenge the constitutionality of petitioner's custody. *Report and Recommendation*, Doc. No. 3. Although petitioner was advised of his right to object to that recommendation and of the consequences of his failure to do so, and although petitioner was granted an extension of time in which to file an objection, *Order*, Doc. No. 6, there has been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

1-10-2013
Date

Edmund A. Sargus, Jr.
United States District Judge