AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**SAMUEL BUOSCIO,**

    **Petitioner,**

                             **JUDGMENT IN A CIVIL CASE**

**v.**

                             **CASE NO. 2:12-cv-915**
**WARDEN, NORTH CENTRAL**     **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTIONAL COMPLEX,**     **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Respondent.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed January 10, 2013, JUDGMENT is hereby entered dismissing this case.**

Date: January 10, 2013                       JOHN P. HEHMAN, CLERK

                                       */S/ Andy F. Quisumbing*
                                       (By) Andy F. Quisumbing
                                       Courtroom Deputy Clerk