AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**SAMUEL BUOSCIO,**

    **Petitioner,**

**v.**

**WARDEN, NORTH CENTRAL**
**CORRECTIONAL COMPLEX,**

    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:12-cv-915**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed January 10, 2013, JUDGMENT is hereby entered dismissing this case.**

Date: January 10, 2013                      JOHN P. HEHMAN, CLERK

                                               */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk